# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDUARDO NAVARRETE-SANCHEZ, <br><br> Defendant. | 8:12CR125 <br><br> ORDER |

The government has filed a Motion for Dismissal of Petition for Offender Under Supervision [155]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender under Supervision [144] is dismissed, without prejudice.

Dated this 6th day of December, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge